DLM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE LOT OF TWO THOUSAND DOLLARS ($2,000) IN U.S. CURRENCY; ONE LOT OF EIGHT THOUSAND NINE HUNDRED DOLLARS ($8,900) IN U.S. CURRENCY; ASSORTED JEWELRY VALUED AT $30,350; AND ACCOUNT NUMBERS 86428476, 86428467, AND 85230511 AT THE PAWTUCKET CREDIT UNION)<br>Defendants | ) | C.A. No.<br><br>CA 07 038S |

COMPLAINT FOR FORFEITURE IN REM

Plaintiff, the United States of America, acting by and through the United States Attorney for the District of Rhode Island, in a civil cause for forfeiture, alleges upon information and belief:

1. That this Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355, 1356, and 1395, 21 U.S.C. § 881(a)(6), and 18 U.S.C. § 983. This Court is the proper venue for this action pursuant to 28 U.S.C. § 1395.

2. That on or about August 29, 2006, the defendant currency, one lot of two thousand dollars ($2,000) in U.S. currency, was seized by members of the Providence Police Department from the person of Derek Carter pursuant to his arrest on Wisdom Avenue, Providence, Rhode Island (see affidavit of Drug Enforcement Administration (DEA) Task Force Officer Joseph Colanduono attached hereto and made a part hereof).

3. That on or about August 29, 2006, the defendant currency,

one lot of eight thousand nine Hundred dollars ($8,900) in U.S. currency, was seized by members of the Providence Police Department from a first floor apartment at 24-26 Wisdom Avenue, Providence, Rhode Island (see affidavit of Drug Enforcement Administration (DEA) Task Force Officer Joseph Colanduono attached hereto and made a part hereof).

4. That on or about August 29, 2006, the defendant assorted jewelry valued in the amount of $30,350, was seized by members of the Providence Police Department from a first floor apartment at 24-26 Wisdom Avenue, Providence, Rhode Island (see affidavit of Drug Enforcement Administration (DEA) Task Force Officer Joseph Colanduono attached hereto and made a part hereof).

5. That on or about August 30, 2006, the defendant accounts numbered 86428476, 86428467, and 85230511 at the Pawtucket Credit Union, 1200 Central Avenue Pawtucket, Rhode Island, containing a total of $18,263.46, were seized by members of the Providence Police Department pursuant to the execution of a State of Rhode Island seizure warrant (see affidavit of Drug Enforcement Administration (DEA) Task Force Officer Joseph Colanduono attached hereto and made a part hereof).

6. That the defendants were used to facilitate the illegal possession and distribution of cocaine by Derek Carter and were intended to be furnished in exchange for cocaine in violation of 21 U.S.C. § 841 et. seq., to wit: on or about August 29, 2006,

the defendant currency and jewelry were seized by members of the Providence Police Department after Derek Carter was found in possession of more than two kilograms of cocaine and the defendant bank accounts were seized on August 30, 2006 after Derek Carter had been making large cash deposits to these accounts on a weekly basis (see affidavit of Drug Enforcement Administration (DEA) Task Force Officer Joseph Colanduono attached hereto and made a part hereof).

7. That the defendants constitute assets furnished or intended to be furnished in exchange for controlled substances and the proceeds of controlled substance exchanges as within the meaning of 21 U.S.C. § 881(a)(6).

8. That by reason of the foregoing, the defendants are forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6).

9. That Derek Carter has sent a claim of ownership to the Drug Enforcement Administration causing the United States Attorney to bring this action pursuant to 18 U.S.C. § 983(a)(3).

WHEREFORE, plaintiff, the United States of America, prays that due process issue to enforce the forfeiture and to give notice to the interested parties to appear and show cause why forfeiture should not be decreed, that the defendants be condemned as forfeited to the United States of America and thereafter be disposed of according to law; and for all costs

incurred as well as such other and further relief as this court may deem just and proper.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

VERIFICATION

I, Michael P. Iannotti, being duly sworn, depose and say that I am an Assistant United States Attorney for the District of Rhode Island, that I have read the foregoing Complaint for Forfeiture in Rem, and that the contents thereof are true to the best of my knowledge, information, and belief.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Sworn to and subscribed to before me this 29th day of January, 2007.

Notary Public
My commission expires 8/27/09.