IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Plaintiff )
)
vs. ) C.A. No. 07-038S
)
ONE LOT OF TWO THOUSAND DOLLARS )
($2,000) IN U.S. CURRENCY; ONE LOT OF )
EIGHT THOUSAND NINE HUNDRED DOLLARS )
($8,900) IN U.S. CURRENCY; ASSORTED )
JEWELRY VALUED AT $30,350; AND ACCOUNT)
NUMBERS 86428476, 86428467, AND )
85230511 AT THE PAWTUCKET CREDIT UNION)
Defendants )

**NOTICE OF FORFEITURE**

Notice is hereby given that the United States of America has commenced a forfeiture action in the United States District Court for the District of Rhode Island against One Lot of Two Thousand Dollars ($2,000) in U.S. Currency; One Lot of Eight Thousand Nine Hundred Dollars ($8,900) in U.S. Currency; Assorted Jewelry Valued at $30,350; and Account Numbers 86428476, 86428467, and 85230511 at the Pawtucket Credit Union designated as Civil Action No. 07-038S.

Pursuant to Title 18 U.S.C. § 983(a)(4) and Rule G(4)(b)(ii)(B) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, if you are a person having or claiming an interest in or to said property, you must file a claim identifying said interest or right within 35 days after the notice is sent (see certificate of service below) and an answer

to the complaint within 20 days thereafter. Said claim and answer to the complaint must be filed with the Clerk of this Court at the United States District Court, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th FL, Providence, Rhode Island 02903.

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 30th day of January, 2007, I forwarded a copy of the Complaint, Warrant, and Notice of Forfeiture, by certified mail, return receipt requested, to:

Derek Carter, #107668
P.O. Box 20983
Cranston, RI 02920

John M. Cicilline, Esq.
387 Atwells Avenue
Providence, RI 02909

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
1/30/07

Sent To: John M. Cicilline, Esq
Street, Apt. No.; or PO Box No. 387 Atwells Avenue
City, State, ZIP+4 Providence RI 02909

PS Form 3800, June 2002 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John M. Cicilline Esq.
387 Atwells Avenue
Providence RI 02909

2. Article Number (Transfer from service label) 7005 1820 0000 8778 5385

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
1/30/07

Sent To: Derek Carter, #107668
Street, Apt. No.; or PO Box No. P.O. Box 20983
City, State, ZIP+4 Cranston RI 02920

PS Form 3800, June 2002 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Derek Carter, #107668
P.O. Box 20983
Cranston RI 02920

2. Article Number (Transfer from service label) 7005 1820 0000 8778 5392

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) DEREK CARTER C. Date of Delivery 2-5-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes