In the United States District Court
For the District of Rhode Island

| | |
|---|---|
| United States Of America<br>Plaintiff<br><br>vs.<br>One lot of 2,000 Dollars in U.S. currency; One lot of 8,900 Dollars in U.S. currency; assorted Jewelry valued at 30,350 Dollars; and account numbers 86428476, 86428467 and 85230511 at the Pawtucket Credit Union<br>Defendants | C.A. No. 07-038S |

Claim of Property

I, Derek Carter, swear under oath, subject to the penalty of perjury, to be the owner of the above mentioned property. This property was earned and purchased legally and seized from me unlawfully. I can, if necessary, prove said ownership and verify my purchases as well as my income. I hereby ask that the U.S. District Court for the District of Rhode Island release said property into my possession as I have stated and filed my claim within the allotted time frame.

Derek Carter