IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. No. 07-038S |
| ONE LOT OF TWO THOUSAND DOLLARS ($2,000) IN U.S. CURRENCY; ONE LOT OF EIGHT THOUSAND NINE HUNDRED DOLLARS ($8,900) IN U.S. CURRENCY; ASSORTED JEWELRY VALUED AT $30,350; AND ACCOUNT NUMBERS 86428476, 86428467, AND 85230511 AT THE PAWTUCKET CREDIT UNION Defendants | ) | |

AFFIDAVIT

I, Michael P. Iannotti, being duly sworn, depose and say:

1. That I am an Assistant U.S. Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on January 29, 2007, the within action was commenced with the filing of a Complaint for Forfeiture *In Rem* against the defendants.

3. That a Notice of Forfeiture, Complaint and Warrant of Arrest *In Rem* were sent by certified mail, return receipt requested, to Derek Carter, at the Adult Correctional Institution, P.O. Box 20983, Cranston, Rhode Island, and to Carter's attorney, John M. Cicilline, Esq., 387 Atwells Avenue, Providence, RI 02903 on January 30, 2007, in accordance with Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

4. That on February 16, 2007, the United States Attorney received the claim of Derek Carter within the 35 days permitted by Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. However, Carter has failed to file an answer to the Complaint or other responsive pleading within 20 days after the filing of the claim as is required by Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

5. That Derek Carter is not serving in the military as he is incarcerated at the Adult Correctional Institution in Cranston, Rhode Island.

6. That due to the foregoing, the affiant knows of no reason why the default of Derek Carter to the defendants should not be entered at this time.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed and sworn to before me this 3rd day of April, 2007.

Notary Public

My commission expires August 27, 2009.