IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE LOT OF TWO THOUSAND DOLLARS ($2,000) IN U.S. CURRENCY; ONE LOT OF EIGHT THOUSAND NINE HUNDRED DOLLARS ($8,900) IN U.S. CURRENCY; ASSORTED JEWELRY VALUED AT $30,350; AND ACCOUNT NUMBERS 86428476, 86428467, AND 85230511 AT THE PAWTUCKET CREDIT UNION<br>Defendants | C.A. No. 07-038S |

REQUEST FOR ENTRY OF DEFAULT

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against Derek Carter for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
michael.iannotti@usdoj.gov

DEFAULT HEREBY ENTERED
Wendy Seile
DEPUTY CLERK

Case 1:07-cv-00038-S-DLM Document 6-1 Filed 04/10/2007 Page 2 of 2

CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, I electronically filed the within Request for Entry of Default and supporting affidavit with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

On April 3, 2007, I caused a copy of the foregoing Request for Entry of Default and supporting affidavit to be forwarded, by regular mail and by certified mail, return receipt requested, to:

Derek Carter, #107668
P.O. Box 20983
Cranston, RI 02920

John M. Cicilline, Esq.
387 Atwells Avenue
Providence, RI 02909

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney