United States District Court
District of Rhode Island

| | | |
|---|---|---|
| United States of America<br>Plaintiff<br>vs.<br>One lot of $2,000 in U.S. currency<br>One lot of $8,900 in U.S. currency;<br>Assorted jewelry valued at $30,350;<br>and account numbers 86428476,<br>86428467, and 85230511 at the Pawtucket<br>Credit Union<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-038S |

ANswer To Complaint

Now comes I, Derek Carter, pursuant to the Federal Rules G(5)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, submitting a formal request and proof of ownership and purchases for the above listed items confiscated from me.

Respectfully submitted

Derek Carter
Defendant