United States District Court
District of Rhode Island

| | |
|---|---|
| United States of America<br>Plaintiff<br><br>vs.<br><br>One lot of $2,000 in U.S. currency;<br>One lot of $8,900 in U.S. currency;<br>Assorted jewelry valued at $30,350;<br>and account numbers 86428476, 86428467,<br>and 85230511 at the Pawtucket Credit<br>Union<br>Defendants | C.A. No. 07-038S |

AFFIDAVIT

I, Derek Carter, am writing you today in regards to "Request for Entry of Default" paperwork I received by certified mail on April 5, 2007.

1. Being aware of the fact, through the complaints I've received in the mail from your office, that copies of both your actions against I, Derek Carter, were also sent to my attorney's office left me under the impression that these legal matters were taken care of as told to me by my attorney after having submitted my " Claim of Property" in the mail.

2. Being incarcerated at the present time does hamper and limit my access to proper material in order to handle the task at hand in a complete and orderly fashion.

I ask that you take these circumstances surrounding me into great consideration. Enclosed with this letter is my " Answer to Complaint" as required by Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Respectfully submitted

Derek Carter
Defendant