IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, Plaintiff )
)
vs. ) C.A. No. 07-038S
)
ONE LOT OF TWO THOUSAND DOLLARS ($2,000) IN U.S. CURRENCY; ONE LOT OF EIGHT THOUSAND NINE HUNDRED DOLLARS ($8,900) IN U.S. CURRENCY; ASSORTED JEWELRY VALUED AT $30,350; AND ACCOUNT NUMBERS 86428476, 86428467, AND 85230511 AT THE PAWTUCKET CREDIT UNION) Defendants )

AFFIDAVIT

I, Michael P. Iannotti, on oath depose and say:

1. That I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on or about August 29, 2006, the defendant currency, one lot of two thousand dollars ($2,000) in U.S. currency, was seized by members of the Providence Police Department from the person of Derek Carter pursuant to his arrest on Wisdom Avenue, Providence, Rhode Island; That on or about August 29, 2006, the defendant currency, one lot of eight thousand nine Hundred dollars ($8,900) in U.S. currency, and the defendant assorted jewelry valued in the amount of $30,350, were seized by members of the Providence Police Department from a first floor apartment at 24-26 Wisdom Avenue, Providence, Rhode Island; that on or about August 30, 2006, the defendant accounts numbered 86428476,

86428467, and 85230511 at the Pawtucket Credit Union, 1200 Central Avenue Pawtucket, Rhode Island, containing a total of $18,263.46, were seized by members of the Providence Police Department pursuant to the execution of a State of Rhode Island seizure warrant; and on January 29, 2007 the within action was commenced with the filing of a Complaint for Forfeiture *In Rem* against the defendants.

3. That the default of Derek Carter has been entered (prior to Carter's filing of an Answer to the Complaint).

4. That notice of this forfeiture action was published in the Providence Journal on February 22, 2007. (Exhibit One).

5. That no other person or entity has filed a claim to the defendants or attempted to plead or otherwise defend the above-entitled action.

6. That due to the foregoing, the affiant knows of no reason why judgment should not enter forfeiting the defendants to the plaintiff, the United States of America.

Michael P. Iannotti

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed to and sworn to before me at Providence, Rhode Island this 20th day of April, 2007.

Linda A. Nazmanian

Notary Public Notary Public

My commission expires: 8/27/09.

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CA 07-038S |
| DEFENDANT<br>One lot of $2,000.00 in U.S. Currency, et al. | TYPE OF PROCESS<br>Notice of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Providence Journal
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th FL.
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

PUBLISH ONCE IN PROVIDENCE JOURNAL

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Michael P. Iannotti | ☑ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 1/30-07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | KW | 1.30.07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)* | A person of suitable age and discretion then residing in defendant's usual place of abode | |
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy [signature] | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Advertised in ProJo on 02/22/07 (once)
Fee charged - $ 497.76

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

EXHIBIT ONE