IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff<br><br>vs.<br><br>ONE LOT OF TWO THOUSAND DOLLARS ($2,000) IN U.S. CURRENCY; ONE LOT OF EIGHT THOUSAND NINE HUNDRED DOLLARS ($8,900) IN U.S. CURRENCY; ASSORTED JEWELRY VALUED AT $30,350; AND ACCOUNT NUMBERS 86428476, 86428467, AND 85230511 AT THE PAWTUCKET CREDIT UNION) Defendants | C.A. No. 07-038S |

ORDER OF JUDGMENT AND DECREE OF FORFEITURE

The default of Derek Carter having been entered; and it appearing that no other claim to the defendants has been filed since said defendants were seized;

It is hereby

ORDERED, ADJUDGED, and DECREED

That the defendant currency, one lot of two thousand dollars ($2,000) in U.S. currency, the defendant currency, one lot of eight thousand nine Hundred dollars ($8,900) in U.S. currency, the defendant assorted jewelry valued in the amount of $30,350, and the defendant accounts numbered 86428476, 86428467, and 85230511 at the Pawtucket Credit Union, 1200 Central Avenue Pawtucket, Rhode Island, containing a total of $18,263.46, are forfeited to the plaintiff, the United States of America, and the United States Marshal is authorized to dispose of said property according to law.

BY ORDER:

ENTER:

WILLIAM E. SMITH
United States District Judge
5/11/07